# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**EVANSTON INSURANCE COMPANY,**

   **Plaintiff,**

**v.**                                                    **Case No.  8:05-cv-754-T-30MSS**

**A PERSONAL SOLUTION MEDCO, INC.,**
**an Arizona corporation; HARRY ORLISH;**
**H. DAVID WALLICK; and PHYSICIAN'S**
**CHOICE, USA, LLC., a Florida limited**
**liability corporation,**

   **Defendants.**

_____/

## ORDER

   THIS CAUSE comes before the Court upon Defendants A Personal Solution Medco, Inc. and Harry Orlish's Amended Motion to Set Aside Default and Memorandum of Law (Dkt. # 17) and Plaintiff's Notice of Non-Objection (Dkt. # 18).  Plaintiff has no objection to vacating the defaults.

   It is therefore ORDERED AND ADJUDGED that:

1.     Defendants A Personal Solution Medco, Inc. and Harry Orlish's Amended Motion to Set Aside Default and Memorandum of Law (Dkt. # 17) is GRANTED.

2.     The Clerk is directed to vacate the Entries of Default against A Personal Solution Medco, Inc. (Dkt. # 10) and Harry Orlish (Dkt. # 11).

3.      Defendants A Personal Solution Medco, Inc. and Harry Orlish shall

electronically file an answer to the complaint within ten (10) days of the date

of this Order.

**DONE** and **ORDERED** in Tampa, Florida on August 19, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>**Copies furnished to:**</u>
Counsel/Parties of Record

S:\Even\2005\05-cv-754.vacate defaults.wpd