UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**EVANSTON INSURANCE COMPANY,**

    **Plaintiff,**

v.                                                      Case No.  8:05-cv-754-T-30MSS

**A PERSONAL SOLUTION MEDCO,**
**et al.,**

    **Defendants.**
_____/

## **ORDER OF DISMISSAL**

Before the Court is the Plaintiff's Notice of Voluntary Dismissal (Dkt. #29) and Plaintiff's Notice of Settlement of Pending Claim for Attorney's Fees and Costs (Dkt. #33). In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

    1.     This cause is dismissed with prejudice.

    2.     All pending motions are denied as moot.

    3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on February 14, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2005\05-cv-754.vol dismissal.wpd